DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY BUTLER,**
Appellant,

v.

**SCOTT R. SHAPIRO, P.A.,**
Appellee.

No. 4D22-188

[November 3, 2022]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nina DiPietro, Judge; L.T. Case No. COCE19025580.

Jennifer S. Carroll of Law Offices of Jennifer S. Carroll, P.A., Jupiter, for appellant.

Lewis W. Murphy, Jr., and Elisa C. Mills of Murphy & Walker, P.L., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***